UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE L. HEAP,<br><br>                Plaintiff,<br><br>-against-<br><br>CENTURYLINK, INC., and QWEST CORPORATION,<br><br>                Defendants. | No. 18 Civ. 1220 (LAP)<br><br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for the parties are currently scheduled to appear for a telephonic conference on May 27, 2020, at 3:00 p.m. EST. The dial-in for that conference is (888) 363-4734, access code: 4645450. The parties are directed to call in promptly at 3:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            May 21, 2020

                                  *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge