UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHANIE L. HEAP,

      Plaintiff,

      v.                                        Case No. 18-cv-1220

CENTURYLINK, INC., and QWEST
CORPORATION,

      Defendants.
-----------------------------------------------------------x

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the Plaintiff, Stephanie Heap, and the Defendants, CenturyLink, Inc. and Qwest Corporation, to the above-entitled action, that this action shall be, and hereby is, discontinued with prejudice, and with each party to bear its own costs.

Dated: New York, New York
       September 25, 2020

REAVIS PAGE JUMP LLP

By _____
   Alice K. Jump, Esq.
   Ethan Krasnoo, Esq.
41 Madison Avenue, 41st Floor
New York, New York 10010
(212) 763-4095
ajump@rpjlaw.com
ekrasnoo@rpjlaw.com
*Attorneys for Plaintiff*

SO ORDERED:

_____
Loretta A. Preska

Dated: New York, New York
     October 16, 2020

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By _____
   Robert M. Tucker, Esq.
599 Lexington Avenue, 17th Floor
New York, NY 10022
(212) 492-2500
robert.tucker@oglegree.com
*Attorneys for Defendants*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

Dated: October 26, 2020
      New York , New York

16